# In the
# United States Court of Appeals
# For the Eleventh Circuit

_____

No. 25-13354

_____

MARIO ALEXANDER GUEVARA,

                                                    *Petitioner,*

versus

U.S. ATTORNEY GENERAL,

                                                    *Respondent.*

_____

Petition for Review of a Decision of the
Board of Immigration Appeals
Agency No. UNKNOWN

_____

Before NEWSOM, BRASHER, and KIDD, Circuit Judges.

BY THE COURT:

      Petitioner's motion for a stay of removal is DENIED, as he has not made the requisite showing. *See Nken v. Holder*, 556 U.S. 418, 434, 129 S. Ct. 1749, 1761 (2009).

      The Clerk is directed to treat any motion for reconsideration of this order as a non-emergency matter.